UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDDIE J. HAYNES, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) CASE NO. 2:06CV1093-WKW |
| | ) Demand for jury trial |
| CITY OF MONTGOMERY, ALABAMA, | ) |
| | ) |
| DEFENDANT. | ) |

## SUMMONS

TO DEFENDANT: City of Montgomery, Alabama, C/O Walter R. Byars, City Attorney 103 North Perry Street, Montgomery, Alabama 36104

You are hereby summoned and required to serve upon plaintiff's attorney(s): Gerald L. Miller, Redden, Mills and Clark, 940 Financial Center, 505 North 20th Street, Birmingham, Alabama 35203

a response to the complaint which is herewith served upon you, within __20__ days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 12-11-06

DEBRA HACKETT, CLERK

By: _Charlene Campbell_
Deputy Clerk

(SEAL OF COURT)

**SEE REVERSE SIDE FOR RETURN**

NOTE: A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
P.O. Box 711
Montgomery, Alabama 36101-0711

**CASE NO.** _____

# RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I

served this summons together with the complaint as follows:

☐  By personal service on the defendant at  _____

_____

☐  By serving a person of suitable age and discretion then residing in the defendant's

usual place of abode. (Give name and address of person served.)

_____

_____

☐  By serving an officer, a managing or general agent, or any other agent authorized

by appointment or by law to receive service of process of the defendant

corporation, partnership, or unincorporated association. (Give name, capacity and

address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____        _____
***Date***                    ***Authorized or Specially Appointed Process Server***

Costs of Service:   Service fee:                                        $
                    Expenses: _____ miles @ _____ cents   $_____
                                              TOTAL    $