IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDDIE J. HAYNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 2:06cv1093-WKW |
| CITY OF MONTGOMERY, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Before the court is a Motion for Entry of Qualified HIPAA Protective Order (Doc. #7), filed on May 21, 2007. For good cause, it is

ORDERED that the motion is DENIED without prejudice for failure of the parties to confer and failure to reach an agreement prior to filing a motion with the court. After conferring with all the parties in this matter, and if in agreement, the court will consider a joint motion filed by the parties.

DONE this 22nd day of May, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE