UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDDIE J. HAYNES, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) CASE NO. 2:06-cv-1093-WKW |
| | ) |
| CITY OF MONTGOMERY, ALABAMA, | ) |
| | ) |
| DEFENDANT. | ) |

# ORDER ON MOTION

Upon consideration of the parties' Joint Motion for Entry of Qualified HIPAA Protective Order, filed on May 23, 2007 (Doc. #9), and for good cause, it is

ORDERED that the motion is GRANTED. The protective order attached to the motion has been filed separately.

DONE this 23rd day of May, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE