UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDDIE J. HAYNES,           ) | |
|     Plaintiff,       ) | |
| ) | |
| v.                                    ) | Case No. 2:06-CV-1093-WKW |
| ) | |
| CITY OF MONTGOMERY,  ) | |
|     Defendant.      ) | |

## NOTICE OF APPEARANCE FOR DEFENDANT

**COMES NOW** Allison H. Highley and notices this Honorable Court that she hereby enters her appearance on behalf of the Defendant City of Montgomery in the above-styled action.

Respectfully submitted this 20th day of June, 2007.

                          /s/ Allison H. Highley
                          Allison H. Highley (HIG024)
                          Attorney for Defendant

OF COUNSEL:
Legal Department
City of Montgomery
Post Office Box 1111
Montgomery, Alabama  36101-1111
(334) 241-2050

## CERTIFICATE OF SERVICE

I hereby certify that foregoing has been served upon the following by e-filing and first class United States Mail on this 20th day of June, 2007:

        Gerald L. Miller
        REDDEN, MILLS & CLARK, LLP
        940 Financial Center
        505 North 20"' Street
        Birmingham, Alabama 35203

                          /s/ Allison H. Highley
                          Allison H. Highley (HIG024)