UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **EDDIE J. HAYNES,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:06-CV-1093-WKW-WC |
| ) | |
| **CITY OF MONTGOMERY,** ) | |
| Defendant. ) | |

## CONFLICT DISCLOSURE STATEMENT

**COMES NOW** the City of Montgomery, Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

**This party is a governmental entity.**

The following entities and their relationship to the party are hereby reported:

**The City of Montgomery has no reportable entities.**

Respectfully submitted this 4th day of December, 2007.

                                                  /s/ Allison H. Highley
                                                  Allison H. Highley (HIG024)
                                                   Attorney for Defendant

OF COUNSEL:
Legal Department
City of Montgomery
Post Office Box 1111
Montgomery, Alabama  36101-1111
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

CERTIFICATE OF SERVICE

I hereby certify that foregoing has been served upon the following by e-filing and first class United States Mail on this 4th day of December, 2007:

>Gerald L. Miller
>REDDEN, MILLS & CLARK, LLP
>940 Financial Center
>505 North 20'" Street
>Birmingham, Alabama 35203

>>/s/ Allison H. Highley
>>Allison H. Highley (HIG024)