IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDDIE J. HAYNES ) | |
|     Plaintiff ) | |
| v. ) | CIVIL ACTION NO. 2: 06cv1093-WKW |
| ) | |
| CITY OF MONTGOMERY, ) | |
|     Defendant ) | |

## ORDER

Upon consideration of Plaintiff's motion to Compel Discovery (Doc. #22), filed on December 7, 2007, it is

ORDERED that the parties shall appear for a hearing on the motion on December 11, 2007, at 3:00 p.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 7th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE