IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EDDIE J. HAYNES                          )
     Plaintiff                          )
v.                                       )        CIVIL ACTION NO. 2: 06cv1093-WKW
                                         )
CITY OF MONTGOMERY,                      )
     Defendant                          )

## ORDER ON MOTION

On December 11, 2007, the undersigned held a hearing on Plaintiff's Motion to Compel (Doc. #22). For the reasons stated on the record, it is

ORDERED that the motion (Doc. #22) is GRANTED IN PART and DENIED IN PART. The undersigned notes this order makes NO RULING on the Motion for Extension of Time also contained in Document #22. That motion is pending before the Honorable William Keith Watkins.

DONE this 12th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE