IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDDIE J. HAYNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1093-WKW |
| | ) |
| CITY OF MONTGOMERY, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the plaintiff's Motion for Extension of Time (Doc. # 22), and for good cause shown, it is ORDERED that the motion is GRANTED. The deadline for the plaintiff to file his response to the motion for summary judgment is CONTINUED from December 24, 2007, to **January 14, 2008.** The defendants may file a reply brief **on or before January 28, 2008.**

DONE this 12th day of December, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE