**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **EDDIE J. HAYNES,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| v. | )    **CASE NO. 2:06-CV-1093-WKW** |
| | ) |
| **CITY OF MONTGOMERY,** | ) |
| | ) |
| **DEFENDANT.** | ) |

**DEFENDANT'S MOTION FOR PROTECTIVE ORDER
ON PLAINTIFF'S MOTION TO COMPEL**

COMES NOW Defendant City of Montgomery, and moves the Court to enter a Protective Order, and submits unto the Court the following:

1. On December 11, 2007, a hearing was held on Plaintiff's Motion to Compel (Doc. #22) and the Motion was granted in part and denied in part. (Doc. #26).

2. During the hearing, the Court also recognized that the documents that were to be provided by Defendant to Plaintiff contained confidential information and would be protected.

3. Prior to the filing of this motion, Counsel for Defendant presented Plaintiff's counsel for review and consent, a copy of the proposed order attached hereto.

DONE this the 13th day of December, 2007.

/s/ Kimberly O. Fehl
Kimberly O. Fehl (FEH001)
Allison H. Highley (HIG024)
Attorneys for Defendant

OF COUNSEL:
Legal Department
City of Montgomery
Post Office Box 1111
Montgomery, Alabama  36101-1111
(334) 241-2050
(334) 241-2310 (fax)


## CERTIFICATE OF SERVICE

I hereby certify that foregoing has been served upon the following by electronic filing/notification through CM/ECF with United States District Court Middle District of Alabama on this 13th day of December, 2007:

>Gerald L. Miller, Esq.
>*REDDEN, MILLS, & CLARK*
>940 Financial Center
>505 North 20th Street
>Birmingham, AL  35203

>/s/ Kimberly O. Fehl
>Of Counsel

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **EDDIE J. HAYNES,** | ) | |
| **PLAINTIFF,** | ) ) ) | |
| **V.** | ) | **CASE NO. 2:06-CV-1093-WKW** |
| **CITY OF MONTGOMERY,** | ) ) ) | |
| **DEFENDANT.** | ) | |

**PROTECTIVE ORDER ON MOTION TO COMPEL**

On December 11, 2007, a hearing was held on Plaintiff's Motion to Compel (Doc. #22). For the reasons stated on the record, the Plaintiff's Motion to Compel was granted in part and denied in part (Doc. #26). For the part of the Motion that was granted, it is hereby:

**ORDERED** that the records that the City of Montgomery is producing and all the information contained therein, are to be used by the parties and their counsel, solely for the purposes of this litigation; it is further

**ORDERED** that said records shall either be destroyed or returned to the City of Montgomery immediately upon conclusion of this action.

DONE this the ___ day of December, 2007.

_____
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE