IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDDIE J. HAYNES  )  | |
|     Plaintiff  ) | |
| v.  ) | CIVIL ACTION NO. 2: 06cv1093-WKW |
|  ) | |
| CITY OF MONTGOMERY,  ) | |
|     Defendant  ) | |

## AMENDED ORDER ON MOTION AND PROTECTIVE ORDER

On December 11, 2007, a hearing was held on Plaintiff's Motion to Compel (Doc. #22). For the reasons stated on the record, the Court GRANTED IN PART and DENIED IN PART Plaintiff's Motion to Compel (Doc. #26). On December 13, 2007, in accordance with discussions held during the hearing on December 11, 2007, Defendant filed a Motion for a Protective Order (Doc. #28). Upon consideration of the motion (Doc. #28), it is

ORDERED that the motion (Doc. #28) is GRANTED. It is further

**ORDERED** that the records the City of Montgomery is producing and all the information contained therein, are to be used by the parties and their counsel, solely for the purposes of this litigation. It is further

**ORDERED** that said records shall either be destroyed or returned to the City of Montgomery immediately upon conclusion of this action.

DONE this 14th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE