UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDDIE J. HAYNES, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| vs. | ) CASE NO. 2:06-cv-1093-WKW |
| | ) |
| CITY OF MONTGOMERY, ALABAMA, | ) |
| | ) |
|     DEFENDANT. | ) |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Comes now the Plaintiff, Eddie J. Haynes, and informs the Court that counsel for the parties have met and have engaged in good faith settlement negotiations. A settlement was not reached. The parties do not believe mediation will assist them in resolving this case at this time. However, the parties wish to reassess whether mediation would be appropriate after the Court rules on the pending Motion for Summary Judgment.

        /s/ Gerald L. Miller
        GERALD L. MILLER (MIL039)
        Attorney for Plaintiff

**OF COUNSEL:**
REDDEN, MILLS & CLARK, LLP
505 North 20th Street
940 Financial Center
Birmingham, Alabama 35203
(205) 322-0457

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 17th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Allison H. Highley
Kimberly O. Fehl
Assistant City Attorney
City of Montgomery
P.O. Box 1111
Montgomery, Alabama 36101-1111


                    /s/ Gerald L. Miller
                    OF COUNSEL