UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **EDDIE J. HAYNES,** | ) |
| | ) |
|     **PLAINTIFF,** | ) |
| | ) |
| vs. | ) CASE NO. 2:06-cv-1093-WKW |
| | ) |
| **CITY OF MONTGOMERY, ALABAMA,** | ) |
| | ) |
|     **DEFENDANT.** | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned and hereby enters his name as additional counsel for Plaintiff, in the above styled cause.

Dated this 20th day of February, 2008.

                                                       /s/ Keith E. Brashier
                                                       Keith E. Brashier (BRA113)
                                                       Attorney for Plaintiff

**OF COUNSEL:**
REDDEN, MILLS & CLARK, LLP
505 North 20th Street
940 Financial Center
Birmingham, Alabama 35203
(205) 322-0457

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Allison H. Highley
Kimberly O. Fehl
Assistant City Attorney
City of Montgomery
P.O. Box 1111
Montgomery, Alabama 36101-1111

                                                       /s/ Keith E. Brashier
                                                       OF COUNSEL