IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDDIE J. HAYNES, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) CASE NO. 2:06-cv-1093-WKW |
| | ) |
| CITY OF MONTGOMERY, ALABAMA, | ) |
| | ) |
| DEFENDANT. | ) |

### EXHIBIT LIST OF DEFENDANTS

**COMES NOW** Defendant, City of Montgomery, by and through counsel, and submits the following list of exhibits that may be used for trial in the above styled action.

1. Charge of Discrimination No. 130 2005 04376.

2. Charge of Discrimination No. 420 2006 04376.

3. Gerald Miller letter dated May 12, 2005.

4. Gerald Miller letter dated July 27, 2005.

5. Kimberly Fehl letter dated August 1, 2005.

6. Gerald Miller letter dated August 9, 2005.

7. Gerald Miller letter dated November 16, 2005.

8. Gerald Miller letter dated May 12, 2006.

9. Kimberly Fehl letter dated May 17, 2006.

10. Gerald Miller letter dated May 22, 2006.

11. Gerald Miller letter May 31, 2006.

12. Memo from Captain B.S. Hackett to District Chief M.H. Stoudenmier dated February 24, 2005.

13. Memo from Eddie Haynes to District Chief M.F. Smith dated March 4, 2005.

14. Memo from District Chief D. S. Yelder to Assistant Chief C.E. Walker dated January 29, 2003.

15. Letter from Dr. Clemmie Palmer dated March 4, 2005.

16. Kimberly Fehl letter dated December 13, 2007.

17. Kimberly Fehl letter dated December 19, 2007.

18. NFPA 1582.

19. Letter from Fire Chief John McKee to Eddie Haynes dated May 4, 2006.

20. Any exhibit listed on Plaintiff's Exhibit List.

Defendants reserve the right to offer exhibits necessary for impeachment or rebuttal.

Submitted this the 25th day of February, 2008.

/s/ Kimberly O. Fehl
Kimberly O. Fehl (FEH001)
Allison H. Highley (HIG024)
Attorneys for Defendant

OF COUNSEL
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101
(334) 241-2050 Telephone

**CERTIFICATE OF SERVICE**

I hereby certify that foregoing has been served upon the following by electronic filing and notification through CM/ECF with United States District Court Middle District of Alabama on this 25th day of February, 2008:

Gerald L. Miller, Esq.
Keith E. Brashier, Esq.
REDDEN, MILLS, & CLARK
940 Financial Center
505 North 20th Street
Birmingham, AL  35203

/s/Kimberly O. Fehl
Of Counsel