IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDDIE J. HAYNES, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) CASE NO. 2:06-cv-1093-WKW |
| | ) |
| CITY OF MONTGOMERY, ALABAMA, | ) |
| | ) |
| DEFENDANT. | ) |

## DEFENDANT'S WITNESS LIST

**COMES NOW** Defendant, City of Montgomery, by and through counsel, and submits the following list of potential witnesses for trial in the above styled action.

I. **PROBABLE WITNESSES:**

1. John Carnell
   City of Montgomery
   103 North Perry Street
   Montgomery, AL 36104
   334.241-2510

2. Barbara Montoya
   City/County of Montgomery Personnel Department
   27 Madison Avenue
   Montgomery, AL 36104
   334.241-2675

3. Former Fire Chief John McKee
   119 Crestview Drive
   Clanton, Alabama 35045
   205.755-1981

4. Dr. Michael Turner
   Southeastern Industrial & Family Medicine
   1600 Forest Avenue
   Montgomery, AL 36106
   334.261-4445

5.  M. Jordan
    City of Montgomery
    19 Madison Avenue
    Montgomery, AL 36104
    334.241-2984

6.  Mayor Bobby N. Bright
    City of Montgomery
    103 North Perry Street
    Montgomery, AL 36101
    334.241-2050

**II.    MAY CALL AS WITNESSES:**

7.  J. J. Addie
    City of Montgomery
    19 Madison Avenue
    Montgomery, AL 36104
    334.241-2985

8.  C.E. Walker
    City of Montgomery
    19 Madison Avenue
    Montgomery, AL 36104
    334.241-2938

9.  M.F. Smith
    City of Montgomery
    19 Madison Avenue
    Montgomery, AL 36104
    334.241-2983

10. D. Yelder
    City of Montgomery
    19 Madison Avenue
    Montgomery, AL 36104
    334.241-2437

11. B. S. Hackett
    City of Montgomery
    19 Madison Avenue
    Montgomery, AL 36104
    334. 241-2984

12. M.H. Stoudenimier
    City of Montgomery
    19 Madison Avenue
    Montgomery, AL 36104
    334. 241-2984

13. R.L. Johnson
    City of Montgomery
    19 Madison Avenue
    Montgomery, AL 36104
    334. 241-2984

14. Any witness listed by Plaintiff or his counsel.

15. Any witness necessary for rebuttal or impeachment testimony.

Submitted this the 25th day of February, 2008.

/s/ Kimberly O. Fehl
Kimberly O. Fehl (FEH001)
Allison H. Highley (HIG024)
Attorneys for Defendant

OF COUNSEL:
City of Montgomery
Legal Division
Post Office Box 1111
Montgomery, AL 36101-1111
334.241.2050

**CERTIFICATE OF SERVICE**

I hereby certify that foregoing has been served upon the following by electronic filing and notification through CM/ECF with United States District Court Middle District of Alabama on this 25th day of February, 2008:

    Gerald L. Miller, Esq.
    Keith E. Brashier, Esq.
    REDDEN, MILLS, & CLARK
    940 Financial Center
    505 North 20th Street
    Birmingham, AL  35203

                                        /s/Kimberly O. Fehl
                                        Of Counsel