# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **EDDIE J. HAYNES,** | ) |
| | ) |
|     **PLAINTIFF,** | ) |
| | ) |
| vs. | ) CASE NO. 2:06-cv-1093-WKW |
| | ) |
| **CITY OF MONTGOMERY, ALABAMA,** | ) |
| | ) |
|     **DEFENDANT.** | ) |

## PLAINTIFF'S PROPOSED VERDICT FORM

Comes now the Plaintiff, Eddie J. Haynes, and requests that the Court submit the following Verdict Form to the jury in this case:

**UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **EDDIE J. HAYNES,** | ) |
| | ) |
|     **PLAINTIFF,** | ) |
| | ) |
| vs. | ) CASE NO. 2:06-cv-1093-WKW |
| | ) |
| **CITY OF MONTGOMERY, ALABAMA,** | ) |
| | ) |
|     **DEFENDANT.** | ) |

## **SPECIAL INTERROGATORIES TO THE JURY**

Do you find from a preponderance of the evidence:

1.   That the City violated the Americans with Disabilities Act by placing Mr. Haynes on involuntary leave, or by refusing to allow him to return to work?

    Answer Yes or No   _____

2.   That the City violated the Americans with Disabilities Act by terminating Mr. Haynes' employment?

    Answer Yes or No   _____

3.   That the City violated the Americans with Disabilities Act by requiring him to undergo a medical examination not restricted to his present ability to perform his job, as defined in the Court's instructions?

    Answer Yes or No   _____

4.   That the City violated the Americans with Disabilities Act by using qualification standards that screen out or tend to screen out persons with disabilities, as

defined in the Court's instructions?

        Answer Yes or No  _____

        Note: If you answered Yes to any of the preceding questions, answer the remaining questions.

5. That the Plaintiff should be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

        Answer Yes or No  _____

        If your answer is yes, in what amount? $_____

6. That the Plaintiff should be awarded damages to compensate for emotional pain and mental anguish?

        Answer Yes or No  _____

        If your answer is yes, in what amount? $_____

SO SAY WE ALL.

                                          _____
                                          Foreperson

Dated: _____

          /s/ Gerald L. Miller  
          GERALD L. MILLER (MIL039)  
          Attorney for Plaintiff

**OF COUNSEL:**
REDDEN, MILLS & CLARK, LLP
505 North 20th Street
940 Financial Center
Birmingham, Alabama 35203
(205) 322-0457

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Allison H. Highley
Kimberly O. Fehl
Assistant City Attorney
City of Montgomery
P.O. Box 1111
Montgomery, Alabama 36101-1111

          /s/ Gerald L. Miller  
          OF COUNSEL