IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDDIE J. HAYNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1093-WKW |
| ) | |
| CITY OF MONTGOMERY, ALABAMA, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the plaintiff's Motion in Limine (Doc. # 44) and Second Motion in Limine (Doc. # 48), it is ORDERED that the defendant shall file a response **on or before March 17, 2008.**

Upon consideration of the defendant's Motion in Limine (Doc. # 49), it is ORDERED that the plaintiff shall file a response **on or before March 17, 2008.**

It is further ORDERED that an on the record pretrial conference is SET on **March 19, 2008, at 4:00 p.m.** in Courtroom 2-E. Trial counsel shall attend and be prepared to argue pending motions and objections to evidence.

Upon consideration of the defendant's Motion for Reconsideration of Order Denying Summary Judgment (Doc. # 51), it is ORDERED that the motion is DENIED.

DONE this 13th day of March, 2008.

　　　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE