IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EDDIE J. HAYNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-1093-WKW |
| | ) | |
| CITY OF MONTGOMERY, | ) | |
| | ) | |
| Defendant. | ) | |

## VERDICT FORM

**Ladies and Gentlemen of the Jury:**

1. Do you find that Mr. Haynes proved by a preponderance of the evidence all of the elements of the "Regarded As" Having a Disability Claim?

    Choose one: __X__ YES  _____ NO

    **If you answered "yes," you have found for Mr. Haynes on this claim, and you must answer the questions on page 4.**

    Now go to page 2.

2-A.  Do you find that Mr. Haynes proved by a preponderance of the evidence all of the elements of the Medical Examinations Claim?

    **Choose one**: _____ YES      ___X___ NO

    **If you answered "yes," go to the next question.**

    **If you answered "no," you have found for the City of Montgomery on this claim, and go to page 3 now.**

2-B.  Do you find that the City of Montgomery proved by a preponderance of the evidence all of the elements of the Business Necessity Defense with respect to the Medical Examinations Claim?

    **Choose one**: _____ YES      _____ NO

    **If you answered "no," you have found for Mr. Haynes on this claim, and you must answer questions on page 4.**

    **If you answered "yes," you have found for the City of Montgomery on this claim.**

    **Now go to page 3.**

3-A.  Do you find that Mr. Haynes proved by a preponderance of the evidence all of the elements of the Qualification Standards Claim?

    **Choose one:** __X__ YES      _____ NO

    **If you answered "yes," go to the next question.**

    **If you answered "no," you have found for the City of Montgomery on this claim, and go to page 4 now.**

3-B.  Do you find that the City of Montgomery proved by a preponderance of the evidence all of the elements of the Business Necessity Defense with respect to the Qualification Standards Claim?

    **Choose one:** _____ YES      __X__ NO

    **If you answered "no," you have found for Mr. Haynes on this claim, and you must answer questions on page 4.**

    **If you answered "yes," you have found for the City of Montgomery on this claim.**

    **Now go to page 4.**

**If you found for the City of Montgomery on all claims, then stop here. Sign and date this form below and give it to the courtroom deputy.**

**If you found for Mr. Haynes on any of the claims, then answer the following questions.**

4-A. Do you find that Mr. Haynes should be awarded damages to compensate for a net loss of wages and benefits (or "back pay") to the date of trial?

    **Choose one:** __X__ YES  _____ NO

    If your answered "yes," in what amount?   $ 90,000.00

4-B. Do you find that Mr. Haynes should be awarded damages to compensate for emotional pain and mental anguish?

    **Choose one:** __X__ YES  _____ NO

    If your answered "yes," in what amount?   $ 270,000.00

**STOP HERE,
SIGN AND DATE THIS FORM BELOW,
AND GIVE IT TO THE COURTROOM DEPUTY.**

SO SAY WE ALL.

_____
Foreperson

_____3-27-08_____
Date