IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDDIE J. HAYNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-1093-WKW |
| | ) |
| CITY OF MONTGOMERY, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the defendant's Motion for New Trial or Remittitur (Doc. # 77) and Renewed Motion for Judgment as a Matter of Law (Doc. # 79), it is ORDERED that the plaintiff shall file response briefs **on or before May 27, 2008**.

DONE this 15th day of May, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE