UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDDIE J. HAYNES, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) CASE NO. 2:06-cv-1093-WKW |
| | ) |
| CITY OF MONTGOMERY, ALABAMA, | ) |
| | ) |
| DEFENDANT. | ) |

## SUPPLEMENT TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND EXPENSES

Comes now the Plaintiff, Eddie J. Haynes, and supplements his Motion for Attorney's Fees and Expenses by submitting the additional time reflected on the itemization attached hereto as Exhibit A, reflecting additional services rendered by counsel for the Plaintiff in this action since Plaintiff's original Motion. As reflected on Exhibit A, Plaintiff's counsel has reasonably and necessarily spent an additional 34.4 hours since the original motion, and claims an additional $8,300, making the total amount now claimed $108,922.07 ($102,345.00 for attorney's fees and $6,577.07 for expenses).

/s/ Gerald L. Miller
GERALD L. MILLER (MIL039)
/s/ Keith E. Brashier
KEITH E. BRASHIER (BRA113)
Attorneys for Plaintiff

1

OF COUNSEL:

REDDEN, MILLS & CLARK, LLP
505 North 20th Street
940 Financial Center
Birmingham, Alabama 35203
(205) 322-0457

## CERTIFICATE OF SERVICE

      I hereby certify that on the 6th day of June, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Allison H. Highley
Kimberly O. Fehl
Assistant City Attorneys
City of Montgomery
P.O. Box 1111
Montgomery, Alabama 36101-1111

                                            /s/ Gerald L. Miller
                                            OF COUNSEL

REDDEN, MILLS & CLARK, LLP
505 - 20th Street North
Suite 940 The Financial Center
Birmingham, AL 35203-2605

June 06, 2008

Eddie Haynes
AL

In Reference To:   Eddie Haynes v. City of Montgomery
                   Fire Department
                   GLM

Professional Services

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 4/22/2008 | GLM | Telephone conference with Mr. Haynes re: status of reinstatement and equitable relief. | $250.00/hr | 0.20 | $50.00 |
| 5/9/2008 | GLM | Study of post-trial motions (JMOL, New Trial) and responses to motions for attorney's fees and equitable relief filed by City. | $250.00/hr | 1.00 | $250.00 |
| 5/12/2008 | GLM | Telephone conference with Mr. Haynes re: motions and responses filed by City | $250.00/hr | 0.20 | $50.00 |
| 5/13/2008 | GLM | Review of Defendant's Memorandum Brief on Motions for JMOL and New Trial and research on issues raised | $250.00/hr | 4.00 | $1,000.00 |
| 5/19/2008 | GLM | Telephone conference with Mr. Haynes re: progress of case | $250.00/hr | 0.20 | $50.00 |
|  | GLM | Research for Memorandum Brief in Response to Defendant's Post-trial motions. | $250.00/hr | 6.00 | $1,500.00 |
| 5/20/2008 | GLM | Research and preparation of Reply to Defendant's Post-trial motions | $250.00/hr | 4.00 | $1,000.00 |
| 5/21/2008 | GLM | Research and preparation of responses to Defendant's Post-trial motions. | $250.00/hr | 5.00 | $1,250.00 |
| 5/22/2008 | GLM | Preparation of responses to Defendant's post-trial motions | $250.00/hr | 3.30 | $825.00 |
| 5/23/2008 | KB | Conference w/Mr. Miller and research case law | $175.00/hr | 4.00 | $700.00 |
|  | GLM | Research and preparation, including revision of response to post-trial motions | $250.00/hr | 6.50 | $1,625.00 |
| For professional services rendered |  |  |  | 34.40 | $8,300.00 |


PLAINTIFF'S EXHIBIT A