UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDDIE J. HAYNES, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) CASE NO. 2:06-cv-1093-WKW |
| | ) |
| CITY OF MONTGOMERY, ALABAMA, | ) |
| | ) |
| DEFENDANT. | ) |

## PARTIAL SATISFACTION OF FINAL JUDGMENT

Come now the Plaintiff Eddie J. Haynes and his attorneys, Gerald L. Miller, Keith E. Brashier and Redden, Mills & Clark, LLP and give notice that paragraphs 2, 3 and 4 of the Final Judgment dated and entered October 28, 2008 have been satisfied.

Dated this the 9th day of November, 2009.

_____
Eddie J. Haynes

_____
Gerald L. Miller
Keith E. Brashier
REDDEN, MILLS & CLARK, LLP
505 North 20th Street
940 Financial Center
Birmingham, Alabama 35203
(205) 322-0457

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kimberly O. Fehl
Assistant City Attorney
City of Montgomery
P.O. Box 1111
Montgomery, Alabama 36101-1111

/s/ Gerald L. Miller
OF COUNSEL