RECEIVED

2010 APR 26  A 10: 55

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

April 22, 2010

**Appeal Number: 08-16533-II**
Case Style: Eddie J. Haynes v. City of Montgomery
District Court Number: 06-01093 CV-W-N ()

TO:  Debra P. Hackett

CC:  Kimberly Owen Fehl

CC:  Gerald L. Miller

CC:  Keith Edward Brashier

CC:  Hon. W. Keith Watkins

CC:  Administrative File

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**John Ley**
Clerk of the Court

For rules and forms visit
www.ca11.uscourts.gov

RECEIVED
2010 APR 26  A 10: 55
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

April 22, 2010

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 08-16533-II**
Case Style: Eddie J. Haynes v. City of Montgomery
District Court Number:  06-01093  CV-W-N ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

John Ley, Clerk of Court

Reply To: Janet Spradlin (404) 335-6178

MOT-2 (10-2009)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 08-16533-DD

EDDIE J. HAYNES,

                                  Plaintiff-Appellee,

versus

CITY OF MONTGOMERY, ALABAMA,

                                  Defendant-Appellant.

---

On Appeal from the United States District Court for the
Middle District of Alabama

---

BEFORE: CARNES, PRYOR and DOWD,* Circuit Judges.

BY THE COURT:

Appellee's motion for appellate attorney's fees and expenses is GRANTED AS TO ENTITLEMENT and REMANDED to the District Court for a determination of the reasonable amounts of appellate attorney's fees and expenses to be awarded.

Appellee's "Motion to Transfer Consideration of Attorney's Fees and Expenses" is DENIED AS MOOT.

---

    * Honorable David D. Dowd, Jr., United States District Judge for the Northern District of Ohio, sitting by designation.